**Fill in this information to identify the case:**

Debtor Name __R.A.M.Advertizing Inc.__

United States Bankruptcy Court for the: Southern District of Texas

Case number: __24-30353__

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __February 2024__

Date report filed: _____
MM / DD / YYYY

Line of business: __Auto Repair__

NAISC code: __811114__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Ronald Weiss__

Original signature of responsible party __[signature]__

Printed name of responsible party __Ronald Weiss__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*. | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*. | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name ___R.A.M. Advertizing Inc._____   Case number __24-30353___

17. Have you paid any bills you owed before you filed bankruptcy?   ❑ ☑ ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❑ ☑ ❑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ __5,259.00__

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.   $ __86,591.00__

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.   $ __85,988.00__

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.   + $ __603.00__

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ __5,862.00__

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ __0.00__

    *(Exhibit E)*

Debtor Name   R.A.M.Advertizing Inc.                                    Case number 24-30353

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                  $ _____ 0.00

(Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                             6

27. What is the number of employees as of the date of this monthly report?                6

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                    $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ _____ 0.00

30. How much have you paid this month in other professional fees?                                              $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?                            $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | | *Column B* | | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | **—** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ 0.00 | — | $ 86,591.00 | = | $ _____ |
| 33. **Cash disbursements** | $ _____ 0.00 | — | $ 85,988.00 | = | $ _____ |
| 34. **Net cash flow** | $ _____ 0.00 | — | $ 603.00 | = | $ _____ |

35. Total projected cash receipts for the next month:                                    $ 90,000.00

36. Total projected cash disbursements for the next month:                             - $ 85,000.00

37. Total projected net cash flow for the next month:                                   = $ 5,000.00

Debtor Name   R&M Advertizing Inc.                                    Case number 24-30353

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

## Business Advantage

### Customer service information

📱  1.888.BUSINESS (1.888.287.4637)

🖥  bankofamerica.com

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MR. TRANSMISSION
12344 EAST FWY
HOUSTON, TX 77015-5503

# Your Business Economy Checking

for February 1, 2024 to February 29, 2024

Account number: ▩▩ 0442

**MR. TRANSMISSION**

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2024 | $145.14 |
| Deposits and other credits | 9,327.00 |
| Withdrawals and other debits | -9,449.53 |
| Checks | -0.00 |
| Service fees | -16.00 |
| **Ending balance on February 29, 2024** | **$6.61** |

# of deposits/credits: 8

# of withdrawals/debits: 26

# of deposited items: 1

# of days in cycle: 29

Average ledger balance: $645.09

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007.B | 6019109

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

 **BANK OF AMERICA**

## Your checking account

MR. TRANSMISSION  |  Account # ▮▮ ▮▮ 0442  |  February 1, 2024 to February 29, 2024

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| 02/02/24 | Online Banking transfer from CHK 9177 Confirmation# 1784761643 | 700.00 |
| 02/05/24 | BKOFAMERICA ATM 02/03 #000002797 DEPOSIT FAIRMONT          PASADENA      TX | 6,357.00 |
| 02/06/24 | CHECKCARD  0205 CENTRAL VALVE BODIES LL 9183410266   OK 7480197403687200029 | 20.00 |
| 02/07/24 | Online Banking transfer from CHK 9177 Confirmation# 1435248694 | 500.00 |
| 02/12/24 | Online Banking transfer from CHK 9177 Confirmation# 1579188995 | 500.00 |
| 02/13/24 | Online Banking transfer from CHK 9177 Confirmation# 1486966234 | 550.00 |
| 02/20/24 | Online Banking transfer from CHK 9177 Confirmation# 1534276436 | 300.00 |
| 02/26/24 | Online Banking transfer from CHK 9177 Confirmation# 1794671292 | 400.00 |
| **Total deposits and other credits** | | **$9,327.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 02/02/24 | CROSSROADS(FDR) DES:8888665173 ID:BXXXXXXXXX INDN:Ronald Weiss          CO ID:BXXXXXXXXX TEL | -200.00 |
| 02/06/24 | Online Banking transfer to CHK 9177 Confirmation# 1221734468 | -5,000.00 |
| 02/08/24 | ALLDATA LLC       DES:SOFTWARE   ID:7300280 INDN:MR *TRANSMISSION       CO ID:0000351003 WEB | -61.82 |
| 02/12/24 | GOOGLE           DES:ADWORDS:51 ID:US003Z6LKK INDN:Mr. Transmission     CO ID:FXXXXXXXXX WEB | -500.00 |
| 02/13/24 | GOOGLE           DES:ADWORDS:51 ID:US003Z7SZE INDN:Mr. Transmission     CO ID:FXXXXXXXXX WEB | -500.00 |
| 02/16/24 | CROSSROADS(FDR) DES:8888665173 ID:BXXXXXXXXX INDN:Ronald Weiss          CO ID:BXXXXXXXXX TEL | -200.00 |
| 02/26/24 | BANNER LIFE      DES:PREM DEBIT ID:17181903432 INDN:RONALD S WEISS       CO ID:1521236145 PPD | -306.76 |
| 02/27/24 | HIBU GLOBAL       DES:YELLOWBOOK ID:043000091825298 INDN:1400310000037464390103 CO ID:9044013247 WEB | -140.25 |

*continued on the next page*

 ## Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0692.A  |  6039180

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 4049 | |
| 02/01/24 | CHECKCARD 0131 WEB*Hostgator.com 713-5745287 MA 24906414031192621042940 RECURRING CKCD 4816 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -4.26 |
| 02/01/24 | CHECKCARD 0131 FINDPIGTAILS.COM 844-255-5899 TX 24055224031063672156214 CKCD 5065 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -50.00 |
| 02/05/24 | CHECKCARD 0202 GOOGLE*ADS5173268178 CC GOOGLE.COMCA 24803944034920005067829 CKCD 7311 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -568.95 |
| 02/05/24 | CHECKCARD 0203 LA FITNESS 949-255-8100 CA 24492154034084021029677 RECURRING CKCD 7997 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -21.64 |
| 02/08/24 | CHECKCARD 0207 PARTS GEEK LLC 800-541-9352 NJ 24492154038745778227328 CKCD 5533 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -247.83 |
| 02/08/24 | PURCHASE 0208 WWW.PODIUM.COM HTTPSWWW.PODIUT | -278.21 |
| 02/09/24 | CHECKCARD 0208 SYNERGENX WEBSTER WEBSTER TX 24013394039000919221322 CKCD 8099 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -85.00 |
| 02/09/24 | CHECKCARD 0208 TX OCCC LICENSE-REG EGOV.COM TX 24733094040091774000093 CKCD 9399 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -10.00 |
| 02/12/24 | PURCHASE 0209 MICROSOFT*Ads-X1633099 800-6427676 NV | -1,000.35 |
| 02/20/24 | CHECKCARD 0218 MICROSOFT REDMOND WA | -32.46 |
| 02/21/24 | CHECKCARD 0220 FOREST PARK CEMETERY EA 281-332-3111 TX 24941444052091378000218 CKCD 7261 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -77.74 |
| 02/21/24 | CHECKCARD 0220 FOREST PARK CEMETERY EA 281-332-3111 TX 24941444052091378000226 CKCD 7261 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -77.74 |
| 02/23/24 | CHECKCARD 0222 WEB*Hostgator.com 713-5745287 MA 24906414053194143195597 RECURRING CKCD 4816 XXXXXXXXXXXX4049 XXXX XXXX XXXX 4049 | -47.62 |
| 02/27/24 | CHECKCARD 0227 MICROSOFT REDMOND WA | -6.48 |
| 02/28/24 | CHECKCARD 0228 MICROSOFT REDMOND WA | -5.39 |
| 02/28/24 | CHECKCARD 0228 MICROSOFT REDMOND WA | -21.64 |
| 02/29/24 | CHECKCARD 0229 MICROSOFT REDMOND WA | -5.39 |
| **Subtotal for card account # XXXX XXXX XXXX 4049** | | **-$2,540.70** |
| **Total withdrawals and other debits** | | **-$9,449.53** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
|------|-----------------------|--------------------|
| Total Overdraft fees | $0.00 | $70.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

*continued on the next page*

**BANK OF AMERICA** 

# Your checking account

## Service fees - continued

| Date | Transaction description | Amount |
|------|-------------------------|--------|
| 02/29/24 | Monthly Maintenance Fee | -16.00 |

**Total service fees**     **-$16.00**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|
| 02/01 | 90.88 | 02/09 | 1,194.43 | 02/23 | 108.52 |
| 02/02 | 590.88 | 02/12 | 194.08 | 02/26 | 201.76 |
| 02/05 | 6,357.29 | 02/13 | 244.08 | 02/27 | 55.03 |
| 02/06 | 1,377.29 | 02/16 | 44.08 | 02/28 | 28.00 |
| 02/07 | 1,877.29 | 02/20 | 311.62 | 02/29 | 6.61 |
| 02/08 | 1,289.43 | 02/21 | 156.14 | | |

This page intentionally left blank


**BANK OF AMERICA**

P.O. Box 15284
Wilmington, DE 19850

R.A.M. ADVERTIZING
DBA MR. TRANSMISSION
12344 EAST FWY
HOUSTON, TX 77015-5503

## Business Advantage

### Customer service information

📱 1.888.BUSINESS (1.888.287.4637)

🖥 bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for February 1, 2024 to February 29, 2024

Account number: ▮▮▮ ▮▮▮ 9177

### R.A.M. ADVERTIZING    DBA MR. TRANSMISSION

## Account summary

| | |
|---|---|
| Beginning balance on February 1, 2024 | $1,006.04 |
| Deposits and other credits | 86,590.69 |
| Withdrawals and other debits | -27,356.67 |
| Checks | -58,462.62 |
| Service fees | -0.00 |
| **Ending balance on February 29, 2024** | **$1,777.44** |

# of deposits/credits: 36

# of withdrawals/debits: 181

# of items-previous cycle[1]: 70

# of days in cycle: 29

Average ledger balance: $4,675.75

[1]Includes checks paid, deposited items and other debits

---

BUSINESS ADVANTAGE

## View your key business metrics all in one place.

Visually track your business's cash flow trends and data from popular business services, all within Business Advantage 360.[1]

**To learn more, visit bankofamerica.com/ConnectedApps** or just scan this code.



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] You must be enrolled in Business Advantage 360, our small business online banking, or Mobile Banking to use Cash Flow Monitor and Connected Apps, and have an eligible Bank of America® small business deposit account. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0007 B | 6019109

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- – Tell us your name and account number.
- – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



## BANK OF AMERICA

## Your checking account

R.A.M. ADVERTIZING  |  Account # ████ ████ 9177  |  February 1, 2024 to February 29, 2024

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 02/01/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-31) | 953.19 |
| 02/01/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-31) | 793.48 |
| 02/01/24 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 01-31) | 120.98 |
| 02/01/24 | SNAP FINANCE   DES:FUNDING   ID:F3311879094 INDN:Mr. Transmission East  CO ID:1455176354 CCD | 2,634.44 |
| 02/01/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400 INDN:MR TRANSMISSION   CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275 1400   MR TRANSMISSION       BC | 2,176.00 |
| 02/02/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400 INDN:MR TRANSMISSION   CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275 1400   MR TRANSMISSION       BC | 3,326.79 |
| 02/02/24 | SNAP FINANCE   DES:FUNDING   ID:F3315497594 INDN:Mr. Transmission East  CO ID:1455176354 CCD | 1,823.00 |
| 02/05/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400 INDN:MR TRANSMISSION   CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275 1400   MR TRANSMISSION       BC | 1,247.99 |
| 02/06/24 | Online Banking transfer from CHK 0442 Confirmation# 1221734468 | 5,000.00 |
| 02/06/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400 INDN:MR TRANSMISSION   CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275 1400   MR TRANSMISSION       BC | 3,612.00 |
| 02/07/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400 INDN:MR TRANSMISSION   CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275 1400   MR TRANSMISSION       BC | 581.56 |
| 02/08/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400 INDN:MR TRANSMISSION   CO ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275 1400   MR TRANSMISSION       BC | 2,522.00 |
| 02/08/24 | TAB BANK-EASYPAY DES:FUNDING   ID:000000000067 ID INDN:RAMAdvertizingdbaMrTra CO ID:XXXXXXXXX  CCD | 2,352.00 |
| 02/09/24 | BKOFAMERICA ATM 02/09 #000002381 DEPOSIT FAIRMONT        PASADENA      TX | 6,888.00 |

*continued on the next page*

 Important information about payment scams

**We will never...**

- call and ask you to send money using Zelle® to yourself or anyone else.
- contact you via phone or text to ask for a security code.
- reach out to you and ask you to send money or provide a code. If someone unfamiliar to you does this, it's likely a scam.

Treat Zelle® payments like cash – once you send money, you're unlikely to get it back.

**Learn more about trending scams at bofa.com/helpprotectyourself**

Zelle® and the Zelle® related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-09-23-0692 A  |  6039180

# Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/09/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 2,592.70 |
| 02/12/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 2,004.45 |
| 02/13/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 3,479.78 |
| 02/14/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 1,836.09 |
| 02/14/24 | EASYPAY LEASING DES:BILLING     ID:000000011103 ID INDN:RamAdvertizingDBAMrTra CO<br>ID:XXXXXXXXX CCD | 961.00 |
| 02/15/24 | BKOFAMERICA ATM 02/15 #000003879 DEPOSIT FAIRMONT          PASADENA     TX | 3,500.00 |
| 02/15/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 1,975.98 |
| 02/16/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 4,028.78 |
| 02/20/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 4,893.66 |
| 02/21/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 5,727.54 |
| 02/21/24 | GOLD DUST AUTO 02/21 #000572771 REVERSAL 5703 SPENCER HWY  PASADENA      TX CKCD<br>5533 XXXXXXXXXXXX5434 | 162.38 |
| 02/22/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 4,538.98 |
| 02/22/24 | Zelle payment from  Omen 1 Solutions LLC for 'this is for car repair'; Conf# 99a9ukdnz | 1,000.00 |
| 02/23/24 | EASYPAY LEASING DES:BILLING     ID:000000011103 ID INDN:RamAdvertizingDBAMrTra CO<br>ID:XXXXXXXXX CCD | 2,601.00 |
| 02/23/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 2,000.00 |
| 02/26/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 6,165.96 |
| 02/27/24 | MERCH BANKCARD   DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400     MR<br>TRANSMISSION        BC | 473.20 |
| 02/28/24 | BKOFAMERICA ATM 02/28 #000008204 DEPOSIT EAST HOUSTON        HOUSTON     TX | 2,000.00 |

continued on the next page

**BANK OF AMERICA** 🏄

**Your checking account**

R.A.M. ADVERTISING | Account # ███ ███ 9177 | February 1, 2024 to February 29, 2024

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/24 | MERCH BANKCARD  DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400          MR<br>TRANSMISSION        BC | 1,195.76 |
| 02/29/24 | BKOFAMERICA ATM 02/29 #000007528 DEPOSIT FAIRMONT          PASADENA    TX | 500.00 |
| 02/29/24 | MERCH BANKCARD  DES:NET SETLMT ID:520002751400  INDN:MR TRANSMISSION          CO<br>ID:1470770502 CCD  PMT INFO:  MERCH BANKCARD  NET SETLMT  52000275  1400          MR<br>TRANSMISSION        BC | 468.00 |
| 02/29/24 | BKOFAMERICA ATM 02/29 #000003699 DEPOSIT EAST HOUSTON          HOUSTON    TX | 454.00 |
| **Total deposits and other credits** | | **$86,590.69** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 02/01/24 | Moran Industries DES:Roy-Pay Pl ID:999C  INDN:Mr. Transmission-Milex  CO ID:9000717244 PPD | -500.00 |
| 02/02/24 | Online Banking transfer to CHK 0442 Confirmation# 1784761643 | -700.00 |
| 02/02/24 | Bank of America Business Card Bill Payment | -400.00 |
| 02/02/24 | Moran Industries DES:Roy-Pay Pl ID:999C  INDN:Mr. Transmission-Milex  CO ID:9000717244 PPD<br>PMT INFO:facebook | -110.00 |
| 02/05/24 | PAYCHEX TPS      DES:TAXES      ID:06119000004276X INDN:RAM ADVERTISING          CO<br>ID:1161124166 CCD | -1,988.64 |
| 02/05/24 | PAYCHEX EIB      DES:RETRY PYMT ID:X06122000000076 INDN:RAM ADVERTISING          CO<br>ID:1161124166 CCD | -120.98 |
| 02/05/24 | INTUIT *      DES:QBooks Onl ID:5824487 INDN:MR TRANSMISSION      CO ID:0000756346<br>CCD | -31.98 |
| 02/06/24 | MERCH BANKCARD  DES:BILLNG      ID:520002751400  INDN:RAM ADVERTIZING INC      CO<br>ID:1470770502 CCD  PMT INFO:MERCH BANKCARD 520002751400 MR TRANSMISS ION | -860.97 |
| 02/06/24 | PAYCHEX EIB      DES:INVOICE   ID:X06130300025571 INDN:RAM ADVERTISING          CO<br>ID:1161124166 CCD | -120.98 |
| 02/07/24 | Online Banking transfer to CHK 0442 Confirmation# 1435248694 | -500.00 |
| 02/07/24 | THE HARTFORD      DES:INS PMT CL ID:16291753 INDN:MR TRANSMISSION          CO<br>ID:9942902727 CCD | -355.03 |
| 02/08/24 | Moran Industries DES:Roy-Pay Pl ID:999C  INDN:Mr. Transmission-Milex  CO ID:9000717244 PPD | -500.00 |
| 02/09/24 | Moran CreativeOp DES:MoranCreat ID:999C  INDN:Mr. Transmission-Milex  CO ID:1363729569<br>CCD | -150.00 |
| 02/12/24 | Online Banking transfer to CHK 0442 Confirmation# 1579188995 | -500.00 |
| 02/12/24 | PAYCHEX TPS      DES:TAXES      ID:06205600003189X INDN:RAM ADVERTISING          CO<br>ID:1161124166 CCD | -1,967.07 |
| 02/12/24 | BANK OF AMERICA CREDIT CARD Bill Payment | -500.00 |
| 02/12/24 | ATT      DES:Payment   ID:XXXXXXXXXEPAYU INDN:Mister transmision      CO<br>ID:9864031004 PPD | -89.40 |
| 02/13/24 | Online Banking transfer to CHK 0442 Confirmation# 1486966234 | -550.00 |
| 02/13/24 | CHASE CREDIT CRD DES:AUTOPAY    ID:000000000170318 INDN:WEISS MARY B          CO<br>ID:4760039224 PPD | -600.00 |
| 02/13/24 | PAYCHEX EIB      DES:INVOICE   ID:X06215000009170 INDN:RAM ADVERTISING          CO<br>ID:1161124166 CCD | -219.98 |

continued on the next page

# Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|---|--------|
| 02/13/24 | AMAZON MARKETPLA DES:INTERNET  ID:043000095997212  INDN:weiss Ronnie  ID:9049016352 WEB | CO | -133.59 |
| 02/16/24 | PAYCHEX TPS    DES:TAXES    ID:06276000011456X  INDN:RAM ADVERTISING  ID:1161124166 CCD | CO | -1,960.28 |
| 02/16/24 | REPUBLICSERVICES DES:RSIBILLPAY ID:308530160922  INDN:RONNIE  WEISS  ID:7860843596 PPD | CO | -127.37 |
| 02/20/24 | Online Banking transfer to CHK 0442 Confirmation# 1534276436 | | -300.00 |
| 02/20/24 | COMCAST 8777703  DES:XXXXXXXXX  ID:0022583  INDN:MR *TRANSMISSION  ID:0000213249 PPD | CO | -197.69 |
| 02/20/24 | PAYCHEX EIB    DES:INVOICE    ID:X06284800001481  INDN:RAM ADVERTISING  ID:1161124166 CCD | CO | -121.16 |
| 02/20/24 | AMAZON MARKETPLA DES:INTERNET  ID:043000095865900  INDN:weiss Ronnie  ID:9049016352 WEB | CO | -21.64 |
| 02/21/24 | FATTMERCHANT    DES:D75D37B8-9 ID:855-550-3288  INDN:RONNIE WEISS  ID:2330903620 CCD | CO | -329.00 |
| 02/22/24 | Moran Industries DES:Roy-Pay PI ID:999C  INDN:Mr. Transmission-Milex  CO ID:9000717244 PPD | | -500.00 |
| 02/26/24 | Online Banking transfer to CHK 0442 Confirmation# 1794671292 | | -400.00 |
| 02/26/24 | PAYCHEX TPS    DES:TAXES    ID:06372700003325X  INDN:RAM ADVERTISING  ID:1161124166 CCD | CO | -1,951.10 |
| 02/27/24 | CAPITAL ONE    DES:CRCARDPMT ID:3X19FZ01T2VQFT4  INDN:RONNIE WEISS  ID:9541719318 CCD | CO | -250.00 |
| 02/27/24 | PAYCHEX EIB    DES:INVOICE    ID:X06381200008070  INDN:RAM ADVERTISING  ID:1161124166 CCD | CO | -129.80 |
| 02/27/24 | INTUIT *    DES:QBooks Onl ID:3009059  INDN:RONNIE WEISS    CO ID:0000756346 CCD | | -31.98 |
| 02/28/24 | ADT    DES:PAYMENT    ID:XXXXXXXXX INDN:Bank Payment Method    CO ID:3931064579  PPD | | -70.08 |
| 02/29/24 | Moran Industries DES:Roy-Pay PI ID:999C  INDN:Mr. Transmission-Milex  CO ID:9000717244 PPD | | -500.00 |
| 02/29/24 | HARBOR FREIGHT DES:PAYMENT    ID:604420101392661  INDN:    6044201013926612 CO  ID:9130142001 WEB | | -200.00 |
| 02/29/24 | INTUIT *    DES:QBooks Pay ID:3467816  INDN:RONNIE WEISS    CO ID:0000756346 CCD | | -64.32 |
| 02/29/24 | INTUIT *    DES:QBooks Pay ID:3467790  INDN:MR TRANSMISSION    CO ID:0000756346  CCD | | -9.19 |

Card account # XXXX XXXX XXXX 2020

| Date | Description | | Amount |
|------|-------------|---|--------|
| 02/05/24 | CHECKCARD 0202 Noma Auto Parts 425-2480501  TX 24027324033900013901710 CKCD 5533  XXXXXXXXXXXX2020 XXXX XXXX XXXX 2020 | | -225.00 |
| 02/12/24 | KROGER #3 5671  02/10 #000720319 PURCHASE KROGER #3 5671 TR  SPRING    TX | | -37.09 |
| 02/16/24 | CHECKCARD 0215 BUSHINGFIX.COM 186-364-4121 FL 24492154046745164762672 CKCD  5013 XXXXXXXXXXXX2020 XXXX XXXX XXXX 2020 | | -105.80 |
| 02/20/24 | KROGER #3 5671  02/18 #000804740 PURCHASE KROGER #3 5671 TR  SPRING    TX | | -36.77 |
| 02/27/24 | CHECKCARD 0226 CHEVRON 0376835 HOUSTON    TX 24692164057104318736088 CKCD  5542 XXXXXXXXXXXX2020 XXXX XXXX XXXX 2020 | | -20.01 |
| 02/27/24 | CHECKCARD 0226 O'REILLY 480 HOUSTON    TX 24431054058838003853967 CKCD 5533  XXXXXXXXXXXX2020 XXXX XXXX XXXX 2020 | | -300.00 |
| 02/27/24 | WALGREENS STOR  02/27 #000132795 PURCHASE WALGREENS STORE 4  SPRING    TX | | -46.10 |
| 02/28/24 | CHECKCARD 0228 1762 LKQ OF SOUTH TEXAS 281-444-5559 TX 24431064059083309292705  CKCD 5013 XXXXXXXXXXXX2020 XXXX XXXX XXXX 2020 | | -146.14 |
| 02/29/24 | CHECKCARD 0228 O'REILLY 480 HOUSTON    TX 24431054060838003097173 CKCD 5533  XXXXXXXXXXXX2020 XXXX XXXX XXXX 2020 | | -200.00 |

**Subtotal for card account # XXXX XXXX XXXX 2020**    **-$1,116.91**

continued on the next page

**BANK OF AMERICA**           <span style="color:red">**Your checking account**</span>

R.A.M. ADVERTIZING   |   Account #■■ ■■ 9177   |   February 1, 2024 to February 29, 2024

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | Card account # XXXX XXXX XXXX 5434 | |
| 02/07/24 | CHECKCARD  0206 SP+AFF* KELLER-HE SAN FRANCISCOCA 82711164037000009859488 CKCD 5999 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -197.26 |
| 02/08/24 | PURCHASE  0207 WWW.PODIUM.COM 8332763486  UT | -261.00 |
| 02/12/24 | PURCHASE  0210 OTL*SCORESENSE.CO 8006796327  TX | -32.42 |
| 02/12/24 | NNT A PLUS AUT  02/12 #000609571 PURCHASE 1809 PRESTON AVE  PASADENA      TX | -1,948.50 |
| 02/14/24 | CHECKCARD  0214 8X8, INC. 8888988733  CA 55432864045206666692422 CKCD 4814 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -217.56 |
| 02/14/24 | WALGREENS 6302  02/14 #000305463 PURCHASE WALGREENS 6302 FA  PASADENA      TX | -62.70 |
| 02/14/24 | CHECKCARD  0214 SHELL SERVICE PASADENA    TX CKCD 5542 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -19.72 |
| 02/16/24 | CHECKCARD  0216 8X8, INC. 8888988733  CA 55432864047207264270148 CKCD 4814 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -21.23 |
| 02/16/24 | CHECKCARD  0216 M&M FOOD MART PASADENA    TX CKCD 5542 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -24.59 |
| 02/20/24 | CHECKCARD  0216 Google ADS5173268 6502530000  CA 15270214047000854777086 RECURRING CKCD 7311 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -500.00 |
| 02/20/24 | CHECKCARD  0216 TESCO AUTO PARTS HOUSTON      TX 75191164047900015700033 CKCD 5533 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -288.40 |
| 02/20/24 | CHECKCARD  0216 MAC HAIK FORD PAR PASADENA      TX 75183414047900011319407 CKCD 5511 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -652.21 |
| 02/20/24 | CHECKCARD  0219 MAC HAIK FORD PAR PASADENA      TX 75183414050900011532912 CKCD 5511 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -40.43 |
| 02/20/24 | CHECKCARD  0219 HOLLAND AVENUE HOUSTON      TX CKCD 5542 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -32.20 |
| 02/20/24 | OMO SCOTT STRE  02/20 #000152834 PURCHASE 7115 SCOTT ST      HOUSTON      TX | -108.25 |
| 02/21/24 | CHECKCARD  0220 Google ADS5173268 6502530000  CA 15270214051000903076087 RECURRING CKCD 7311 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -500.00 |
| 02/21/24 | CHECKCARD  0221 SP AFF  Kelle SAN FRANCISCOCA 00000000000000000719469 RECURRING CKCD 6012 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -197.25 |
| 02/21/24 | SAMS CLUB #828  02/21 #000597687 PURCHASE SAM'S Club      HOUSTON      TX | -164.35 |
| 02/21/24 | GOLD DUST AUTO  02/21 #000572771 PURCHASE 5703 SPENCER HWY  PASADENA      TX | -162.38 |
| 02/21/24 | H-E-B #473     02/21 #000221526 PURCHASE H-E-B #473      PASADENA      TX | -12.78 |
| 02/22/24 | CHECKCARD  0222 Google ADS5173268 6502530000  CA 15270214053000081004081 RECURRING CKCD 7311 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -500.00 |
| 02/23/24 | CHECKCARD  0222 eBay O*10-11218-5 4083766151  CA 15270214053001044505057 RECURRING CKCD 5311 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -102.84 |
| 02/23/24 | PURCHASE  0222 WWW.PODIUM.COM 8332763486  UT | -327.20 |
| 02/26/24 | PURCHASE  0223 eBay O*15-11217-9 4083766151  CA | -102.84 |
| 02/26/24 | CHECKCARD  0223 Google ADS5173268 6502530000  CA 15270214054001275728088 RECURRING CKCD 7311 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -500.00 |
| 02/26/24 | CHECKCARD  0226 SXM*SIRIUSXM.COM/ 8886355144  NY 55432864057200331962950 RECURRING CKCD 4899 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -24.57 |
| 02/28/24 | CHECKCARD  0227 TRANSTAR INDUSTRI 8006333340  OH 55446414058014000055203 CKCD 5013 XXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | -513.47 |

*continued on the next page*

## Withdrawals and other debits - continued

| Date | Description | | Amount |
|------|-------------|--|-------:|
| 02/28/24 | CHECKCARD 0227 Google ADS5173268 6502530000  CA 1527021405800086380 7086 RECURRING CKCD 7311 XXXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | | -500.00 |
| 02/29/24 | CHECKCARD 0229 8X8, INC. 8888988733  CA 55432864060201192066423 CKCD 4814 XXXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | | -10.73 |
| 02/29/24 | CHECKCARD 0227 RUSSELL & SMITH H HOUSTON 5511 XXXXXXXXXXXX5434 XXXX XXXX XXXX 5434 | TX 75504994059900014422677 CKCD | -89.76 |
| | **Subtotal for card account # XXXX XXXX XXXX 5434** Card account # XXXX XXXX XXXX 7628 | | **-$8,114.64** |
| 02/01/24 | CHECKCARD 0131 CLEAR LAKE HEART WEBSTER 8011 XXXXXXXXXXXX7628 XXXX XXXX XXXX 7628 | TX 55432864032202765104216 CKCD | -62.89 |
| | **Subtotal for card account # XXXX XXXX XXXX 7628** | | **-$62.89** |
| | **Total withdrawals and other debits** | | **-$27,356.67** |

## Checks

| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|-------:|--|------|---------|-------:|
| 02/08/24 | 35 | -891.82 | | 02/01/24 | 12387* | -1,986.39 |
| 02/01/24 | 67* | -891.82 | | 02/02/24 | 12393* | -99.98 |
| 02/26/24 | 73* | -899.89 | | 02/02/24 | 12394 | -793.48 |
| 02/20/24 | 91* | -899.90 | | 02/01/24 | 12397* | -340.00 |
| 02/02/24 | 95* | -1,030.58 | | 02/02/24 | 12398 | -500.00 |
| 02/06/24 | 98* | -1,060.59 | | 02/01/24 | 12399 | -400.00 |
| 02/07/24 | 99 | -711.21 | | 02/02/24 | 12400 | -607.22 |
| 02/07/24 | 100 | -953.21 | | 02/02/24 | 12402* | -300.00 |
| 02/07/24 | 101 | -1,030.58 | | 02/02/24 | 12403 | -230.04 |
| 02/23/24 | 103* | -899.90 | | 02/05/24 | 12404 | -40.00 |
| 02/14/24 | 104 | -1,060.60 | | 02/02/24 | 12405 | -200.00 |
| 02/13/24 | 105 | -711.20 | | 02/02/24 | 12406 | -200.00 |
| 02/14/24 | 106 | -953.20 | | 02/02/24 | 12407 | -57.71 |
| 02/14/24 | 107 | -1,030.58 | | 02/05/24 | 12408 | -300.00 |
| 02/13/24 | 108 | -1,673.63 | | 02/02/24 | 12409 | -971.00 |
| 02/20/24 | 110* | -1,060.60 | | 02/05/24 | 12411* | -11.39 |
| 02/20/24 | 111 | -711.21 | | 02/05/24 | 12412 | -55.21 |
| 02/21/24 | 112 | -953.20 | | 02/05/24 | 12413 | -200.00 |
| 02/21/24 | 113 | -1,030.58 | | 02/06/24 | 12414 | -1,071.68 |
| 02/20/24 | 114 | -1,673.63 | | 02/06/24 | 12415 | -453.20 |
| 02/27/24 | 116* | -1,060.60 | | 02/05/24 | 12416 | -90.80 |
| 02/27/24 | 117 | -711.20 | | 02/06/24 | 12417 | -200.00 |
| 02/27/24 | 119* | -1,030.58 | | 02/07/24 | 12418 | -219.69 |
| 02/28/24 | 120 | -1,673.63 | | 02/06/24 | 12419 | -300.00 |
| 02/28/24 | 5013* | -250.00 | | 02/06/24 | 12420 | -573.72 |
| 02/09/24 | 5015* | -2,350.00 | | 02/08/24 | 12421 | -269.73 |
| 02/28/24 | 5016 | -250.00 | | 02/08/24 | 12422 | -42.22 |
| 02/26/24 | 5020* | -2,650.00 | | 02/13/24 | 12423 | -318.04 |

continued on the next page

**BANK OF AMERICA** 

# Your checking account

R.A.M. ADVERTIZING   |   Account #■■ ■■ 9177   |   February 1, 2024 to February 29, 2024

## Checks - continued

| Date | Check # | Amount |
|------|---------|--------|
| 02/09/24 | 12424 | -522.11 |
| 02/14/24 | 12425 | -52.00 |
| 02/09/24 | 12426 | -1,300.00 |
| 02/09/24 | 12427 | -78.81 |
| 02/12/24 | 12428 | -99.59 |
| 02/12/24 | 12429 | -1,700.00 |
| 02/13/24 | 12430 | -411.35 |
| 02/13/24 | 12431 | -300.00 |
| 02/14/24 | 12432 | -56.60 |
| 02/13/24 | 12433 | -898.00 |
| 02/13/24 | 12434 | -168.74 |
| 02/14/24 | 12435 | -132.07 |
| 02/14/24 | 12436 | -300.00 |
| 02/14/24 | 12437 | -426.82 |
| 02/15/24 | 12438 | -78.72 |
| 02/16/24 | 12439 | -300.00 |
| 02/15/24 | 12440 | -110.73 |
| 02/16/24 | 12441 | -100.00 |
| 02/15/24 | 12442 | -473.46 |
| 02/16/24 | 12443 | -6.90 |
| 02/16/24 | 12444 | -100.00 |
| 02/16/24 | 12445 | -309.22 |
| 02/16/24 | 12476* | -100.00 |

| Date | Check # | Amount |
|------|---------|--------|
| 02/20/24 | 12477 | -200.00 |
| 02/20/24 | 12478 | -383.47 |
| 02/20/24 | 12479 | -200.00 |
| 02/20/24 | 12480 | -300.00 |
| 02/20/24 | 12481 | -43.02 |
| 02/21/24 | 12482 | -200.00 |
| 02/21/24 | 12483 | -100.00 |
| 02/21/24 | 12484 | -200.00 |
| 02/20/24 | 12485 | -281.45 |
| 02/21/24 | 12486 | -300.00 |
| 02/21/24 | 12487 | -98.25 |
| 02/21/24 | 12488 | -468.95 |
| 02/22/24 | 12489 | -557.34 |
| 02/22/24 | 12490 | -200.00 |
| 02/22/24 | 12491 | -500.00 |
| 02/22/24 | 12492 | -287.51 |
| 02/22/24 | 12493 | -300.00 |
| 02/28/24 | 12494 | -121.00 |
| 02/26/24 | 12495 | -300.00 |
| 02/26/24 | 12496 | -2,722.49 |
| 02/26/24 | 12497 | -300.00 |
| 02/23/24 | 12498 | -998.00 |
| 02/27/24 | 12499 | -440.58 |
| **Total checks** | | **-$58,462.62** |
| **Total # of checks** | | **102** |

* *There is a gap in sequential check numbers*

# Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft fees | $0.00 | $50.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 01/31/24. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $250+ in new net purchases on a linked Business debit card has been met

◯ $5,000+ combined average monthly balance in linked business accounts has not been met

◯ Become a member of Preferred Rewards for Business has not been met

For information on how to open a new product, link an existing service to your account, or about Preferred Rewards for Business please call 1.888.BUSINESS or visit bankofamerica.com/smallbusiness.

# Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 02/01 | 3,503.03 | 02/12 | 4,341.63 | 02/22 | 6,717.52 |
| 02/02 | 2,452.81 | 02/13 | 1,836.88 | 02/23 | 8,990.58 |
| 02/05 | 636.80 | 02/14 | 322.12 | 02/26 | 5,305.65 |
| 02/06 | 4,607.66 | 02/15 | 5,135.19 | 02/27 | 1,758.00 |
| 02/07 | 1,222.24 | 02/16 | 6,008.58 | 02/28 | 1,429.44 |
| 02/08 | 4,131.47 | 02/20 | 2,850.21 | 02/29 | 1,777.44 |
| 02/09 | 9,211.25 | 02/21 | 4,023.39 | | |

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Merchant names for some transactions may be missing — you can now view them online.**

You may have noticed your monthly statement did not include the merchant's name for some debit card transactions dated October 11 - 15, 2023. We are sorry for any confusion and want you to know your account activity, available in Mobile and Online Banking, now includes the merchant names.

This page intentionally left blank



**stellar** BANK™

Equal Housing Lender | Member **FDIC**

```
A-1 Transmissions Inc                    Primary Account  Acct Ending 4366
DBA Mr Transmission Federal              Enclosures                     1
12344 East Fwy
Houston TX 77015-5503
```

At Stellar Bank, your safety and security is of the utmost importance. Effective
May 23, all checks must be properly endorsed to ensure a successful mobile deposit.
On the back of your check, sign your name and write "Mobile Deposit Stellar Bank".

## CHECKING ACCOUNT

```
Small Business Checking
Account Number        Acct Ending 4366    Number of Enclosures              1
Previous Balance               1,983.14   Statement Dates   2/01/24 thru  2/29/24
     Deposits/Credits                .00  Days in the statement period         29
  1 Checks/Debits                 169.14  Average Ledger               1,977.30
Service Charge                       .00  Average Collected            1,977.30
Interest Paid                        .00
Current Balance                1,814.00
```

|                        | Total For This Period | Total Year-to-Date |
|------------------------|-----------------------|--------------------|
| Total Overdraft Fees   | $.00                  | $.00               |
| Total Return item fees | $.00                  | $.00               |

## CHECKS IN NUMBER ORDER

| Date | Check No | Amount |
|------|----------|--------|
| 2/29 | 6560     | 169.14 |

\* Denotes missing check numbers

## DAILY BALANCE INFORMATION

| Date | Balance  | Date | Balance  |
|------|----------|------|----------|
| 2/01 | 1,983.14 | 2/29 | 1,814.00 |



Equal Housing Lender | Member **FDIC**

Date  2/29/24          Page      2
Primary Account  Acct Ending 4366
Enclosures                        1

Small Business Checking          Acct Ending 4366  (Continued)

We're here for you, when and where you need us. Our seasoned bankers have the knowledge, resources and connections to help you reach your goals. Simply call 713.499.1800 or stop by any of our banking centers.

## CHECKBOOK RECONCILIATION

## ELECTRONIC FUNDS TRANSFERS

CHECKS OUTSTANDING
NOT CHARGED TO ACCOUNT

|  | $ |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL= | $ |  |

MONTH _____

BANK BALANCE
SHOWN ON THIS          $ _____
STATEMENT

{NOTE: THIS BALANCE
INCLUDES ACCOUNT
INTEREST CREDITED,
IF ANY}

ADD+

DEPOSITS NOT CREDITED
ON THIS STATEMENT

$ _____

$ _____

TOTAL          $ _____

SUBTRACT -

CHECKS OUTSTANDING

$ _____

$ _____

BALANCE          $ _____

THIS BALANCE SHOULD AGREE WITH CHECK
BOOK BALANCE AFTER DEDUCTING SERVICE
CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Preauthorized Credits. If you have
arranged to have direct deposits
made to your account at least once
every 60 days from the same person
or company, you can call us at
713-499-1800 to find out whether or
not the deposit has been made.

**IN CASE OF ERRORS OR
QUESTIONS ABOUT YOUR
ELECTRONIC FUNDS TRANSFERS**

**Regulation E error resolution is only
applicable to consumer accounts.** A
consumer account is used primarily for
personal, family and household
purposes.

Telephone us at 713-499-1800

Or

Write us at:

Stellar Bank
Customer Service
P.O. Box 26017
Beaumont, TX 77720-6017

Contact the bank as soon as you can,
if you think your statement or receipt
is wrong or if you need more
information about a transfer listed on
the statement or receipt. We must hear
from you no later than 60 days after we
sent the FIRST statement on which the
problem or error appeared.

(1)  Tell us your name and account
     number (if any).

(2)  Describe the error or the transfer
     you are unsure about, and
     explain as clearly as you can why
     you believe it is an error or why
     you need more information.

(3)  Tell us the dollar amount of the
     suspected error. We will correct
     any error promptly. If we take
     more than 10 business days to
     do this, we will recredit your
     account for the amount you think
     is in error, so that you will have
     use of the money during the time
     it takes us to complete our
     investigation.