**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 11** |
| **ABILITY AUTOS LLC**, *et al.*, | § | |
| | § | **Case No. 24-30351 (JPN)** |
| | § | |
| **Debtors** | § | **(Jointly Administered)** |

## NOTICE OF RESET CONFIRMATION HEARING

You are hereby notified that the Chapter 11 Plan Confirmation hearing has been reset for July 8, 2024 at 11:30 a.m. at the U.S. Bankruptcy Courthouse in Courtroom 403, located at 515 Rusk, Houston, Texas 77002.

Parties unfamiliar with Judge Norman's procedures will need to review his webpage for further instructions (https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-jeffrey-p-norman ).

Respectfully submitted,

THE LANE LAW FIRM, PLLC

*/s/Robert C. Lane*
Robert C. Lane
State Bar No. 24046263
notifications@lanelaw.com
Joshua D. Gordon
State Bar No. 24091592
Joshua.gordon@lanelaw.com
6200 Savoy, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
COUNSEL FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Final Hearing on Debtor's Motion to Use Cash Collateral was served by United States first class mail, postage prepaid to the parties listed on the attached mailing matrix and additional service either via electronic notice by the court's ECF noticing system and/or by electronic Email Notification on June 3, 2024:

<u>Debtors (Requested Joint Administration):</u>
Ability Autos LLC (BK Case No. 24-30351)
12140 Gulf Freeway
Houston, TX 77034

R.A.M. Adertizing Inc. (BK Case No. 24-30353)
12344 East Freeway
Houston, TX 77015

<u>US Trustee:</u>
Office of The United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002

<u>SBA:</u>
U.S. Small Business Administration
Little Rock Commercial Loan Servicing Center
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

<u>Notice will be electronically mailed to:</u>

Natasha A. Alexander on behalf of Creditor United States Small Business Administration, c/o Office of the U.S. Attorney, Southern District of Texas
Natasha.Alexander@usdoj.gov,
Nicole.Robbins@usdoj.gov;Sydnie.Kempen@usdoj.gov;CaseView.ecf@usdoj.gov;usatxs.bankruptcy-ecf@usdoj.gov

Jeannie Lee Andresen on behalf of Creditor City of Houston
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Houston Community College System
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Jeannie Lee Andresen on behalf of Creditor Houston ISD
houston_bankruptcy@lgbs.com, chymel@dorelaw.com

Christopher V Arisco on behalf of Creditor Automotive Finance Corporation
carisco@padfieldstout.com

James E Cuellar on behalf of Creditor Simmons Bank
jcuellar@wellscuellar.com

Susan R. Fuertes on behalf of Creditor Harris County, ATTN: Susan Fuertes
taxbankruptcy.cao@harriscountytx.gov, susan.fuertes@harriscountytx.gov;jo.falcon@harriscountytx.gov;vriana.portillo@harriscountytx.gov

Anthony F. Giuliano on behalf of Interested Party Micro Advance
afg@glpcny.com

Jim D Hamilton on behalf of Creditor Stellar Bank
jhamilton@rossbanks.com, dgraves@rossbanks.com

Jarrod B Martin
jbm.trustee@chamberlainlaw.com, cjbm11@trustesolutions.net;lara.coleman@chamberlainlaw.com;jarrod.martin@chamberlainlaw.com;valerie.herrera@chamberlainlaw.com

John S Mayer on behalf of Creditor Stellar Bank
jmayer@rossbanks.com

George Alexander Pence on behalf of Creditor Automotive Finance Corporation
gap@pencelawfirm.com

US Trustee
USTPRegion07.HU.ECF@USDOJ.GOV

Melissa E Valdez on behalf of Creditor PASADENA INDEPENDENT SCHOOL DISTRICT AND CITY OF HOUSTON
mvaldez@pbfcm.com, mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Jana Smith Whitworth on behalf of U.S. Trustee US Trustee
jana.whitworth@usdoj.gov

**Mailing Service List of Creditors:**

Ace ImageWear Uniform Services
11220 S Main St
Houston, TX 77025

Automotive Finance Corporation
11299 N Illinois Street
Carmel, IN 46032

Fundworks LLC
299 South Main Street Suite 1300 PMB 93894
Salt Lake City, UT 84111

Innovation Refunds
4350 Westown Pkwy Regency West 8 STE 300
West Des Moines, IA 50266

Microadvance Funding, LLC
8270 Woodland Center Blvd
Tampa, FL 33614

Moran Industries, Inc.
601 LIBERTY STREET
Watsontown, PA 17777

OnDeck Capital
4700 W. Daybreak Pwy Suite 200
South Jordan, UT 84009

Payroll, LLC
5944 Coral Ridge Dr #266
Pompano Beach, FL 33076

Simmons First National Bank
Loan Administration
PO Box 7009
Pine Bluff, AR 71611

Stellar Bank
Richard Fitzpatrick
2222 North Durham
Houston, TX 77008

T.K. Clay & Company, Inc., a Texas corporation
5151 San Felipe  Suite 1410
Houston, TX 77056

                                              */s/Robert C. Lane*
                                               Robert C. Lane

```
Label Matrix for local noticing          Ability Autos LLC                         Automotive Finance Corporation
0541-4                                   12140 Gulf Fwy                            c/o Padfield & Stout, LLP
Case 24-30351                            Houston, TX 77034-4502                    Christopher V. Arisco
Southern District of Texas                                                         420 Throckmorton Street
Houston                                                                            Suite 1210
Mon Jun  3 07:09:29 CDT 2024                                                       Fort Worth, TX 76102-3792

City of Houston                          (p)HARRIS COUNTY ATTORNEY'S OFFICE        Houston Community College System
Linebarger Goggan Blair & Sampson LLP    P O BOX 2928                              Linebarger Goggan Blair & Sampson LLP
Jeannie Lee Andresen                     HOUSTON TX 77252-2928                     c/o Jeannie Lee Andresen
PO Box 3064                                                                        PO Box 3064
Houston, TX 77253-3064                                                             Houston, TX 77253-3064

Houston ISD                              Micro Advance                             Simmons Bank
Linebarger Goggan Blair & Sampson LLP    c/o Giuliano Law PC                       c/o James E. Cuellar
c/o Jeannie Lee Andresen                 Anthony Giuliano, Esq.                    440 Louisiana
PO Box 3064                              445 Broadhollow Rd.                       Suite 718
Houston, TX 77253-3064                   Suite 25                                  Houston, TX 77002-1058
                                         Melville, NY 11747-3645

Stellar Bank                             United States Small Business Administration,   4
8807 W Sam Houston Parkway N Ste 200     1000 Louisiana St.                        United States Bankruptcy Court
Houston, TX 77040-5321                   #2300                                     PO Box 61010
                                         Houston, TX 77002-5010                    Houston, TX 77208-1010


(p)AUTOMOTIVE FINANCE CORPORATION        CITY OF HOUSTON                           (p)CATERPILLAR FINANCIAL SERVICES CORPORATION
11299 N ILLINOIS ST                      C/O HARRIS COUNTY TAX ASSESSOR-COLLECTOR  2120 WEST END AVENUE
CARMEL IN 46032-9842                     1235 North Loop West Suite 600            NASHVILLE TN 37203-5341
                                         Houston TX 77008-1772


Fundworks LLC                            Mary Weiss                                Micro Advance Funding LLC
299 South Main Street Suite 1300 PMB 938 7526 Knob Hill Ave                        c/o Giuliano Law PC
Salt Lake City, UT 84111-2241            Pasadena, TX 77505-2710                   445 Broadhollow Rd., Suite 25
                                                                                   Melville, NY 11747-3645


Microadvance Funding, LLC                PASADENA INDEPENDENT SCHOOL DISTRICT      Payroll, LLC
8270 Woodland Center Blvd                PO BOX 1318                               5944 Coral Ridge Dr #266
Tampa, FL 33614-2401                     PASADENA TX 77501-1318                    Pompano Beach, FL 33076-3300


Ron Weiss                                (p)SIMMONS BANK                           Stellar Bank
7526 Knob Hill Ave                       POST OFFICE BOX 733                       Richard Fitzpatrick
Pasadena, TX 77505-2710                  UNION CITY TN 38281-0733                  2222 North Durham
                                                                                   Houston, TX 77008-1714


The Fundworks LLC                        The Lane Law Firm                         US Trustee
Dedicated Financial GBC                  6200 Savoy Dr Ste 1150                    Office of the US Trustee
4000 Lexington Ave. Ste 125              Houston, TX 77036-3369                    515 Rusk Ave
Shoreview,MN 55126-3153                                                            Ste 3516
                                                                                   Houston, TX 77002-2604


Jarrod B Martin                          Robert C Lane
Chamberlain Hrdlicka                     The Lane Law Firm
1200 Smith Street                        6200 Savoy Dr Ste 1150
Suite 1400                               Houston, TX 77036-3369
Houston, TX 77002-4496
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Susan Fuertes<br>Harris County Attorney's Office<br>Property Tax Division<br>P.O. Box 2928<br>Houston, TX 77252-2928 United States | Automotive Finance Corporation<br>11299 N Illinois Street<br>Carmel, IN 46032 | Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>Nashville, TN 37203 |
| (d)Harris County, et al<br>PO Box 2928<br>Houston, TX 77252 | Simmons First National Bank<br>Loan Administration<br>PO Box 7009<br>Pine Bluff, AR 71611 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PASADENA INDEPENDENT SCHOOL DISTRICT AND C | (d)Ability Autos LLC<br>12140 Gulf Fwy<br>Houston, TX 77034-4502 | (d)Simmons Bank<br>c/o James E. Cuellar<br>440 Louisiana, Suite 718<br>Houston, TX 77002-1058 |
| (d)Stellar Bank<br>8807 W Sam Houston Parkway N Ste 200<br>Houston, TX 77040-5321 | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     4<br>Total                  32 | |